1

2

3

4

5                              **UNITED STATES DISTRICT COURT**

6                              **EASTERN DISTRICT OF CALIFORNIA**

7

8    **ROBERT McCARTHY,**                          **CASE NO. 1:16-CV-1482 AWI MJS**

9                  **Plaintiff**

10                                                 **ORDER CLOSING CASE IN LIGHT OF**
     **v.**                                        **NOTICE OF VOLUNTARY DISMISSAL**
11                                                 **WITH PREJUDICE**
     **EUROPEAN ENTERPRISES INC., et al.,**
12                                                 (Doc. No. 5)
                  **Defendants**
13

14

15          On November 22, 2016, Plaintiff filed a notice of voluntary dismissal with prejudice.  See

16   Doc. No. 5.

17

18          Rule 41(a)(1), in relevant part, reads:

19          (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a
            notice of dismissal before the opposing party serves either an answer or a motion
20          for summary judgment; or (ii) a stipulation of dismissal signed by all parties who
            have appeared. . . . (B) Unless the notice or stipulation states otherwise, the
21          dismissal is without prejudice.

22   Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do

23   not require a court order/court approval.  See Fed. R. Civ. P. 41(a)(1); Yesh Music v.

24   Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v.

25
     Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d
26
     688, 692 (9th Cir. 1997).
27

28

Here, no answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case, and it appears that no such documents have been served.  Because Plaintiff has exercised his right to voluntarily dismiss his complaint with prejudice under Rule 41(a)(1), this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson, 111 F.3d at 692.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal with prejudice.


IT IS SO ORDERED.

Dated:   November 23, 2016

_____

SENIOR  DISTRICT  JUDGE